UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHAMEEKA M. GRIFFIN,<br><br>                              Plaintiff,<br><br>         -against-<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>                              Defendant. | Case No. 1:25-cv-00054 (JLR)<br><br>**<u>SCHEDULING ORDER</u>** |

JENNIFER L. ROCHON, United States District Judge:

      Plaintiff brings this action pursuant to 42 U.S.C. § 405(g).  By separate Order today, the Court is referring this case to the assigned Magistrate Judge for a report and recommendation on any motion for judgment on the pleadings.  To conserve resources, to promote judicial efficiency, and in an effort to achieve a faster disposition of this matter, it is hereby ORDERED that the parties must discuss whether they are willing to consent, under 28 U.S.C. § 636(c), to conducting all further proceedings before Magistrate Judge Ricardo.

      If both parties consent to proceed before the Magistrate Judge, counsel for Defendant must, **within two weeks of the date of this Order**, file on ECF a fully executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form, a copy of which is attached to this Order (and also available at https://www.nysd.uscourts.gov/node/754).  If the Court approves that form, all further proceedings will then be conducted before the assigned Magistrate Judge rather than before the undersigned.

      If either party does not consent to conducting all further proceedings before the assigned Magistrate Judge, the parties must file a joint letter, **within two weeks of the date of this Order** advising the Court that the parties do not consent, **but without disclosing the identity of the party or parties who do not consent**.  At that time, the Court will then refer this case to

Magistrate Judge Ricardo for a report and recommendation on any motion for judgment on the pleadings. The parties are free to withhold consent to conducting all further proceedings before the Magistrate Judge without negative consequences.

Dated: January 7, 2025
      New York, New York

                                               SO ORDERED.

_Jennifer Rochon_
JENNIFER L. ROCHON
United States District Judge